UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 18-239 DSD/TNL

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| --- | --- | --- |
| Plaintiff, | ) ) ) | 18 U.S.C. § 922(g)(1) 18 U.S.C. § 924(a)(2) |
| v. | ) ) | 18 U.S.C. § 924(d)(1) 28 U.S.C. § 2461(c) |
| RICARDO RAMONE WAGNER, a/k/a "Cartier," a/k/a "Baby Bad Ass," | ) ) ) ) |  |
| Defendant. | ) |  |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about August 3, 2018, in the State and District of Minnesota, the defendant,

**RICARDO RAMONE WAGNER,**
a/k/a "Cartier,"
a/k/a "Baby Bad Ass,"

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
| --- | --- | --- |
| First-Degree Aggravated Robbery | Ramsey County, Minnesota | May 2006 |
| Third-Degree Controlled Substance Possession | Ramsey County, Minnesota | July 2008 |
| Fifth-Degree Controlled Substance Possession | Ramsey County, Minnesota | March 2011 |
| Felon in Possession of a Firearm | Ramsey County, Minnesota | December 2012 |

SCANNED
OCT 01 2018
U.S. DISTRICT COURT ST. PAUL

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock, model 17, semiautomatic nine-millimeter-caliber pistol, bearing serial number BBCX874, with an extended magazine, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

**RICARDO RAMONE WAGNER,**
a/k/a "Cartier,"
a/k/a "Baby Bad Ass,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to, a Glock, model 17, semiautomatic nine-millimeter-caliber pistol, bearing serial number BBCX874, with an extended magazine.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY            FOREPERSON

2