# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-239(1) (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Ricardo Ramone Wagner, | |
| Defendant. | |

Benjamin Bejar and Thomas Calhoun-Lopez, Assistant United States Attorneys, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Manvir K. Atwal, Assistant Federal Defender, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415 (for Defendant).

This matter comes before the Court on Defendant Ricardo Ramone Wagner's Motion to Extend Time to File Pretrial Memorandum (ECF No. 38). The parties are requesting additional time for briefing Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (ECF No. 23) due to "ongoing negotiations" for resolution of this matter. (ECF No. 38; *see* ECF Nos. 27, 37.) The parties propose December 28, 2018, for Defendant's brief, and January 11, 2019, for the Government's brief.

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Extend Time to File Pretrial Memorandum (ECF No. 38) is **GRANTED**.

2. Defendant's brief shall be due on or before **December 28, 2018**.

3. The Government's brief shall be due on or before **January 11, 2019**.

4. This matter shall be deemed under advisement on **January 11, 2019**.

Date: December  17  , 2018           *s/ Tony N. Leung*
                                     Tony N. Leung
                                     United States Magistrate Judge


                                     *United States of America v. Wagner*
                                     Case No. 18-cr-239(1) (DSD/TNL)